```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 11166
     ROBERT E RUSSIN
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR
           Debtor
     SSN XXX-XX-7392


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 09/07/06 and confirmed on 12/08/06.

     2.   The case was converted to Chapter 7 after confirmation, 12/21/2007.

     3.   The Debtor paid a total of $   4525.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MORTGAGE LENDERS NETWORK | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE LENDERS NETWORK | MORTGAGE ARRE | .00 | .00 | .00 |
| MORTGAGE LENDERS NETWORK | SECURED | .00 | .00 | .00 |
| MORTGAGE LENDERS NETWORK | MORTGAGE ARRE | .00 | .00 | .00 |
| LAKE COUNTY COLLECTOR | SECURED | 2587.00 | 50.76 | 571.86 |
| BECKET & LEE LLP | UNSECURED | 16421.41 | .00 | 81.96 |
| AMERICAN GENERAL FINANCE | UNSECURED | 7858.00 | .00 | 39.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11647.89 | .00 | 58.14 |
| CAPITAL ONE BANK | UNSECURED | 3562.63 | .00 | 17.78 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8626.59 | .00 | 43.05 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9179.82 | .00 | 45.82 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5953.38 | .00 | 29.71 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 835.36 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 7500.00 | 392.26 | 1290.21 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 3060.42 | .00 | 15.28 |

```
          Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 10087.00 | .00 | 67145.50 | .00 | 77232.50 |
| PRINCIPAL PAID | 1862.07 | .00 | 330.96 | .00 | 2193.03 |
| INTEREST PAID | 443.02 | .00 | .00 | .00 | 443.02 |
| TOTAL PAID | 2305.09 | .00 | 330.96 | .00 | 2636.05 |

```
The Debtor's attorney, PAUL M BACH                , was allowed $   2500.00
and was paid $    800.00  direct and $   1700.00   through the plan.

The Trustee received $    188.95 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/08                            /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE